# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

MARCELLUS COOKSEY,

            Plaintiff,

  v.

MICHAEL HENNESSEY et al,

            Defendant.
_____/

Case Number: CV07-03829 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcellus Cooksey 2212929
San Francisco County Jail #2
850 Bryant Street
San Francisco, CA 94103

Dated: September 20, 2007

Richard W. Wieking, Clerk
By: Anthony Bowser, Deputy Clerk