**United States District Court**
For the Northern District of California

1
2
3
4
5                        UNITED STATES DISTRICT COURT

6                      NORTHERN DISTRICT OF CALIFORNIA

7

8    MARCELLUS COOKSEY,                        No. C 07-3829 MHP (pr)

9             Plaintiff,                        **JUDGMENT**

10        v.

11   MICHAEL HENNESSEY (Sheriff);
     et al.,
12
             Defendants.
13   _____/

14

15        This action is dismissed because the complaint fails to state a claim upon which relief

16   may be granted.

17        IT IS SO ORDERED AND ADJUDGED.

18   Dated: September 20, 2007            _____

19                                        Marilyn Hall Patel
                                          United States District Judge
20
21
22
23
24
25
26
27
28